UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
               :
SARAH STERNS,              :
               :
            Plaintiff,  :
               :      22-CV-5916 (VSB)
      -against-          :
               :      **ORDER**
M MOSER ASSOCIATES LLC,  :
               :
            Defendant.  :
               :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on July 12, 2022. (Doc. 1.) Defendant waived service, (Doc. 8), and the deadline for Defendant to respond to Plaintiff's complaint was October 31, 2022. (Doc. 15.) Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 11, 2022. If Plaintiff fail to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 7, 2022
            New York, New York

                                                                   VERNON S. BRODERICK
                                                                   United States District Judge