UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SARAH STERNS, :
:
Plaintiff, :
: 22-CV-5916 (VSB)
-against- :
: **ORDER**
M MOSER ASSOCIATES LLC, :
:
Defendant. :
:
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

    The parties in this matter reported that they had reached a settlement in principle and requested 45 days to file a stipulation of dismissal. They were ordered to file that stipulation by December 26, 2022. (Doc. 18.) While they have not filed this stipulation, they have reached an agreement in principle. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:    December 28, 2022
            New York, New York

                                                VERNON S. BRODERICK
                                              United States District Judge